## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

John E. Driscoll, III
Robert E. Frazier
Jana M. Gantt
Laura D. Harris
Kimberly Lane
Deena L. Reynolds
611 Rockville Pike Suite 100
Rockville, Maryland 20852

Substitute Trustees, Plaintiffs

v.                                                                                  Civil Action No.

RENEE L. MCCRAY
109 N. Edgewood Street
Baltimore, MD 21229
Defendant(s)

### ORDER TO DOCKET SUIT OF FORECLOSURE OF DEED OF TRUST

TO THE CLERK OF THE CIRCUIT COURT:
Please docket the above-entitled foreclosure action, together with:

(1) A copy of the original deed of trust note or an Affidavit of lost note; attached hereto as EXHIBIT A;
(2) An Affidavit Certifying Ownership of Note, attached hereto as EXHIBIT B;
(3) A copy of that certain Deed of Trust, recorded among the land records of Baltimore City, Maryland, in liber 6830, folio 938, attached hereto as EXHIBIT C;
(4) Substitution of Trustee ("SOT"), attached hereto as EXHIBIT D;
(5) An Affidavit pursuant to Maryland Rule 14-207, attached hereto as EXHIBIT E;
(6) An Affidavit of Deed of Trust Debt and Right to Foreclose, attached hereto as EXHIBIT F;
(7) An Affidavit of Default, attached hereto as EXHIBIT G;
(8) An Affidavit of Mailing of Notice of Intent to Foreclose and copy of Notice of Intent to Foreclose ("NOI"), attached hereto as EXHIBIT H;
(9) An Affidavit Negating Military Service, attached hereto as EXHIBIT I;
(10) A Preliminary Loss Mitigation Affidavit attached hereto as EXHIBIT J.

**A FINAL LOSS MITIGATION AFFIDAVIT IS NOT ATTACHED.**

**THE PARTIES HAVE NOT ELECTED TO PARTICIPATE IN PREFILE MEDIATION.**