# ANNEX
1

Renee L. McCray
c/o 109 Edgewood Street
Baltimore, Maryland  21229
**CERTIFIED MAIL #7011 2970 0003 7991 1012**

September 18, 2015

Rod J. Rosenstein, United States Attorney for
   the Office of the District of Maryland
36 South Charles Street, 4th Floor
Baltimore, Maryland  21201

**Re:  AFFIDAVIT OF CRIMINAL COMPLAINT**

Dear Mr. Rosenstein:

This correspondence is to bring to your attention that I recently discovered that a crime has been committed against me and my property under Title 18 § 335. Therefor, I am filing the enclosed Affidavit of Criminal Complaint against Wells Fargo Bank, N.A., Joel Alringer and Theresa Larson employees of Wells Fargo Home Mortgage, Mortgage Electronic Registration Systems, Inc. (MERS), the law firm of Samuel I. White, P.C., including numerous attorneys employed by Samuel I. White, P.C. (John E. Driscoll, III, Robert E. Frazier, Jana M. Gantt, Laura D. Harris, Kimberly Lane, Deena Reynolds, Robert H. Hillman, Daniel J. Pesachowitz, and Lance R. Garner), and the law firm of Treanor Pope & Hughes, P.A. (including attorneys Michael S. Barranco and Douglas B. Riley employed by this law firm); and there may be others unknown to me at this time for violation of Title 18 § 335 – Circulation of Obligations of Expired Corporations.

Title 18 § 335 states:

### 18 U.S. Code § 335 - Circulation of obligations of expired corporations

*Whoever, being a director, officer, or agent of a corporation created by Act of Congress, the charter of which has expired, or trustee thereof, or an agent of such trustee, or a person having in his possession or under his control the property of such corporation for the purpose of paying or redeeming its notes and obligations, knowingly issues, reissues, or utters as money, or in any other way knowingly puts in circulation any bill, note, check, draft, or other security purporting to have been made by any such corporation, or by any officer thereof, or purporting to have been made under authority derived therefrom, shall be fined under this title or imprisoned not more than five years, or both.* **[Emphasis added**].

Rod J. Rosenstein, United States Attorney
September 18, 2015
Page 2

On July 3, 2012, the enclosed Corporate Assignment of Deed of Trust was entered into the Land Record for the Circuit Court of Baltimore City for a defunct corporation, American Home Mortgage (see ANNEX A). American Home Mortgage has been out of business since 2007 (see ANNEX B). This Corporate Assignment of Deed of Trust allegedly assigned my property known as: 109 North Edgewood Street, Baltimore, Maryland to Wells Fargo Bank, N.A. from American Home Mortgage. I recently discovered this assignment is a legal impossibility. Wells Fargo Bank, N.A. has slandered and clouded my Title and the offenders are attempting to steal my real property by using a fraudulent document. Also, pursuant to Md. Real Property Rule Title 5, this Corporate Assignment of Deed violates Maryland's Statute of Frauds which states:

**Md. Code Real Prop. § 5-103.  Transfer of interest; writing required**

*"No corporeal estate, leasehold or freehold, or incorporeal interest in land may be assigned, granted, or surrendered, **unless it is in writing signed by the party** assigning, granting, or surrendering it, or his agent lawfully authorized by writing, or by act and operation of law."* **[Emphasis added.]**

Further, by and through its attorneys (named above), Wells Fargo Bank, N.A. has entered the same Corporate Assignment of Deed of Trust into numerous court records misrepresenting to me and various courts in Maryland that the fabricated assignment was valid, bringing **"Fraud Upon the Court"** in the following court records:

- In the Circuit Court for Baltimore City, Case Number:  24-O-13-000528, John E. Driscoll, III, et al. v. Renee L. McCray;
- In the United States District Court for the District of Maryland, Civil Action Number: GLR-13-CV1518, MCCRAY v. FEDERAL HOME LOAN MORTGAGE, ET AL.;
- In the United States Bankruptcy Court for the District of Maryland, In Re: RENEE LOUISE MCCRAY, Case Number: 13-26131;
- In the United States Bankruptcy Court, Adversary Proceeding Case Number:  13-00710, McCray v. Wells Fargo Bank, N.A.; and
- In the United States Court of Appeals for the Fourth Circuit, Appeal No. 15-444, RENEE L. MCCRAY v. FEDERAL HOME LOAN MORTGAGE CORPORTION, et al.

On Thursday, February 9, 2012, Attorney General Douglas F. Gansler entered into a settlement along with 48 other Attorney Generals (49 state attorney generals entered into the agreement) with the nation's five largest mortgage servicers - Wells Fargo, Bank of America, Citi, JP Morgan Chase, and Ally Bank/GMAC. The accord follows an extensive investigation into foreclosure abuses, fraud, and unacceptable mortgage servicing practices such as "robo-signing." The settlement does not release the banks from criminal liability, and it does not prevent individuals from bringing their own claims.

Rod J. Rosenstein, United States Attorney
September 18, 2015
Page 3

Also, in a recent newspaper article in The New York Times entitled "Justice Department Sets Sights on Wall Street Executives", Sally Q. Yates, Deputy Attorney General for the Justice Department stated "Corporations can only commit crimes through flesh-and-blood people...It's only fair that the people who are responsible for committing those crimes be held accountable. The public needs to have confidence that there is one system of justice and it applies equally regardless of whether that crime occurs on a street corner or in a boardroom."

Therefore, as stated above and the enclosed Affidavit of Criminal Complaint, I am requesting your office do an extensive investigation into this complaint. If you need any additional information from me in order to process this complaint, please contact me in writing at the above address or by telephone at (410) 945-2424. Your immediate attention to this matter would be appreciated.

Yours truly,

Renee L. McCray

Enclosures:     AFFIDAVIT OF CRIMINAL COMPLAINT
                ANNEX A
                ANNEX B
                ANNEX C
                ANNEX D
                ANNEX E


cc:   WELLS FARGO BANK, N.A.
      MORTAGE ELECTRONIC REGISTRATION SYSTEMS, INC
      SAMUEL I. WHITE, P.C.
      JOHN E. DRISCOLL, et al.
      TREANOR POPE & HUGHES, P.A.
      MICHAEL S. BARRANCO
      DOUGLAS B. RILEY