# ANNEX 2

# AFFIDAVIT OF CRIMINAL COMPLAINT

The State of Maryland              )
                                   ) ss.   *TO ALL TO WHOM THESE PRESENTS SHALL*
The County of Baltimore            )       *COME*

    I, the Affiant, who goes by the appellation, Renee L. McCray, a living, breathing flesh-and-blood Woman, a Woman standing on Baltimore the city, Maryland the land, non-territorial to the United States, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for The State of Maryland, 1776, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own firsthand knowledge, understanding, and belief, does solemnly declare, and depose and say:

1. On July 3, 2012, a Corporate Assignment of Deed of Trust was entered into Affiant's Baltimore City Land Records. The alleged Assignor for this Corporate Assignment of Deed of Trust was MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS) AS NOMINEE FOR AMERICAN HOME MORTGAGE (see ANNEX A).

2. Affiant has discovered that, the corporation, American Home Mortgage has been out of business since 2007 (see ANNEX B). Affiant states it is a legal impossibility for American Home Mortgage to have authorized the Corporate Assignment of Deed of Trust.

3. The date of the assignment was June 26, 2012 and the signatory for the Corporate Assignment of Deed of Trust was Joel Altringer.

4. On June 22, 2012, four days before Joel Altringer's execution of the above assignment to WELLS FARGO BANK, N.A., Mr. Altringer executed another assignment, also to WELLS FARGO BANK N.A., acting as an Assistant Secretary of Mortgage Electronic

1

Registration Systems, Inc. "AS NOMINEE FOR COMMERCIAL FEDERAL BANK..." (see ANNEX C).

5. Affiant has discovered that Joel Altringer was an employee of Wells Fargo Home Mortgage a subsidiary of Wells Fargo Bank, N.A.

6. In July 2014, Affiant obtained a certified copy of Joel Altringer's Application for Appointment as Notary Public from the Office of the Secretary of State for Iowa which states his employer is Wells Fargo Home Mortgage (see ANNEX D).

7. Affiant further discovered that according to MERS certifying handbook (ANNEX E, pages 3-4), in order for Joel Altringer to make this Corporate Assignment of Deed of Trust, Mr. Altringer needed to be an officer of the original lender for whom MERS was acting as nominee which was in this instance, American Home Mortgage.

8. Affiant has also discovered that there must be a Corporate Resolution issued by MERS from American Home Mortgage in order to authorize Joel Altringer to legally execute the Corporate Assignment of Deed of Trust.

9. To date, Joel Altringer nor Wells Fargo Bank, N.A. have produced for the record a Corporate Resolution giving Mr. Altringer the authority to sign the Corporate Assignment of Deed of Trust as Assistant Secretary as Nominee for American Home Mortgage.

10. Affiant further investigated and discovered that the Notary Public Theresa Larson who notarized the June 26, 2012 Corporate Assignment of Deed of Trust is also an employee of Wells Fargo Home Mortgage.

11. By and through its attorneys, Wells Fargo Bank, N.A. has entered the June 26, 2012 fabricated Corporate Assignment of Deed of Trust into numerous court records misrepresenting to Affiant and various courts in Maryland that the assignment was valid.

12. Based on the statement of facts above, and according to Title 18 § 335 Circulation of Obligations of Expired Corporations, the Corporate Assignment of Deed of Trust assigned to Wells Fargo Bank, N.A. on June 26, 2012 is a criminal violation.

I, Renee L. McCray, Affiant being of sound mind, having first-hand knowledge, affirm, state and declare by my freewill act and deed that the facts contained herein are true, correct, complete and not misleading, under penalties of perjury.

Further Affiant sayth naught.

Executed this __18th__ day of __September__, 2015

                                                  Renee L. McCray, Affiant

L.S. _Renee L. McCray_ (signature)

*Notice: Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF MARYLAND           )
COUNTY OF __Baltimore__        )     JURAT
                                               )

Before me the undersigned, a Notary acting within and for the County of __Baltimore__ and State of Maryland on this __18th__ day of __September__, 2015, personally appeared and known to me to be the identical Woman, Renee L. McCray, who being duly sworn, declared the above to be true, correct, and not meant to mis-lead, to the best of her firsthand knowledge, understanding, and belief, executed by her free will and voluntary act and deed the foregoing document.

Given under my hand and seal this __18th__ day of __September__, 2015.

_LaShaunta M. Ross_ (signature)
Notary Signature    LaShaunta M. Ross

(seal)

My Commission expires: __04-27-2019__

[Notary seal: LASHAUNTA M ROSS, NOTARY PUBLIC, BALTIMORE COUNTY, MD, My Commission Expires 04-27-2019]

3