# ANNEX C
# (hereinafter ANNEX 2.3)

# ANNEX C

8 0 0 4 5 8 3
Tx: 4003702
**2012-09540**
RECORDER JOHN SCIORTINO
POTTAWATTAMIE COUNTY, IA
FILE TIME: 06/29/2012 2:09:52 PM
REC: 10.00AUD: T TAX:
RMA: 1.00 ECM: 1.00

R Fee /0.00
A Fee ____
T Tax ____

Prepared By: Britney N Howard, WELLS FARGO BANK, N.A. 1 HOME CAMPUS, MAC X2598-015, DES MOINES, IA 50328-0001 1-866-234-8271

Return By Mail To:
DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9999-018
PO BOX 1629
MINNEAPOLIS, MN 55440-9790

RETURN ENVELOPE

## CORPORATE ASSIGNMENT OF MORTGAGE

Pottawattamie, Iowa
"DAY"

MERS #: 100104000183023657 SIS #: 1-888-679-6377

Date of Assignment: June 22nd, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COMMERCIAL FEDERAL BANK, FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS at BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST STE C., DANVILLE, IL 61834
Assignee: WELLS FARGO BANK, NA at 1 HOME CAMPUS, DES MOINES, IA 50309

Executed By: PATRICIA A DAY, A SINGLE PERSON AND ROBERT L SHERRICK, A SINGLE PERSON
To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COMMERCIAL FEDERAL BANK, FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 01/03/2005 Recorded: 01/13/2005 in Book/Reel/Liber: 105 Page/Folio: 13122 In the County of Pottawattamie, State of Iowa.

Property Address: 1065 WATERS EDGE CT, CARTER LAKE, IA 51510

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $196,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COMMERCIAL FEDERAL BANK, FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS
On 6/26/12

By: _____
      Joel Altringer      , Assistant
Secretary

*BNH*BNHWFEB*06/22/2012 01:04:46 PM* WFEM01WFEMA00000000000000588046* IAPOTTA* IASTATE_MORT_ASSIGN_ASSN **BNHWFEB*

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF Iowa
COUNTY OF Polk

On 6·26·12, before me, **Kou Phongphetpannha**, a Notary Public in and for Polk in the State of Iowa, personally appeared **Joel Altringer**, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Kou Phongphetpannha_
Notary Expires: 01/24/15

KOU PHONGPHETPANNHA
Commission Number 771332
My Commission Expires
January 24, 2015

(This area for notarial seal)