# ANNEX D
## (hereinafter ANNEX 2.4)

# ANNEX D



**MATT SCHULTZ**
Secretary of State
State of Iowa

**Application for Appointment as Notary Public**

D448793

READ the instructions on the back before com...                                    **RINT CLEARLY.**

1. Joel Altringer
   Name   NOTE: Notarize all documents with the name exactly as provided above. IS...

2. 10546 Forest Ave
   Complete Home Mailing Address
   Clive, IA  50325                                  (319) 290-7697
   City, State, ZIP                                  Home Phone Number

3. Wells Fargo Home Mortgage
   Complete Employer Name
   475 SW 5th St
   Complete Employer Address
   Des Moines, IA  50309                             (515) 697-5413
   City, State, ZIP                                  Work Phone Number

4. Check the box to indicate which address you wish to designate for mailing purposes.
   (If no address specified, home address will be designated.)  ☐ Home   ☑ Business

   If you have provided business contact information different from your home information, you may opt to shield your home address, phone number and e-mail from display on the Secretary of State's website. Would you like to exercise this option?  ☑ Yes   ☐ No

5. E-Mail Address: (optional)
   (home) _____
   (work) _____

6. Date of Birth: 05/20/1982
   I am: (check one)
   ☑ A resident of Iowa.
   ☐ A resident of _____, a state bordering Iowa, with work or business in Iowa.

   771334

7. Have you ever had your Notary Commission revoked or suspended or has any other discipline been imposed upon you as a Notary in Iowa or any other state?  __ Yes  ✓ No

   If "Yes", please identify the state(s), the date(s) of the action(s) and the reason(s) for the action(s).

8. Have you been adjudged mentally incompetent or convicted of a felony?  __ Yes  ✓ No
   If yes, have you received a restoration of rights?  __ Yes  __ No

9. Do you wish to have your name placed on a list of bilingual notaries?  __ Yes  ✓ No
   List language(s) in which you are fluent: _____

10. Include your filing fee of $30.00. Make check payable to SECRETARY OF STATE.

    I certify under penalty of perjury and pursuant to the laws of the state of Iowa that the preceding is true and correct.
    I understand that I may not notarize any documents until I have received my notary commission from the Secretary of State.

11. *Joel Altringer* (signature)                                  1/6/2012
    Signature                                                     Date

rev 01/07




D463659

# Notary Public Change/Amendment to Application

**PRINT THE FOLLOWING INFORMATION AS IT APPEARS IN OUR SYSTEM:**

Name (as it appears on your certificate): Joel Altringer
Address: 475 SW 5th St     City: Des Moines     State: IA     Zip Code: 50309
Commission Expiration Date: 2/3/2015     Commission No.: 771334

**1. CHANGE OF NAME** (if applicable): I hereby request the Secretary of State amend my notary commission by changing my name on to:

New Name (Print): _____     Date effective: _____

I understand and agree that by notifying the Secretary of State of my name change I will use my new name when notarizing documents beginning on the effective date shown above through the end of my term.

**2. APPLICANT'S HOME CONTACT INFORMATION** (must complete)
Address: 609 NW Morningside Dr.     City: Grimes     State: IA     Zip Code: 50111
Home Phone: 319-270-7097     Home Email Address: joel.altringer@gmail.com

**3. APPLICANT'S EMPLOYER CONTACT INFORMATION** (must complete)
Employer Name: Wells Fargo
Employer Address: 475 SW 5th St     City: Des Moines     State: IA     Zip Code: 50309
Applicant's Work Phone Number: 515-697-5388     Applicant's Work Email Address: joel.r.altringer@wellsfargo.c

**4. Preferred Contact Method:** Designate preferred contact method. If no designation is made, home contact information will be used.
☐ Home Contact Information   ☒ Employer Contact Information

If applicant has provided employer contact information different from the home contact information, applicant may opt to shield the home contact information from display on the Secretary of State's website. Does applicant wish to exercise this option?   ☐ Yes  ☒ No

**5. Qualifications:** Does applicant meet all the qualifications as stated in Iowa Code 9B.21 (2):   ☒ Yes  ☐ No
Applicant is a resident of: ☒ Iowa  or  ☐ resident of _____, a state bordering Iowa.

**6. Electronic records – Effective January 1, 2013:** Will applicant be performing notarial acts with respect to electronic records:   ☒ Yes  ☐ No
If "Yes", identify the tamper proof technology the applicant intends to use: REKON system with digital certificate installed

**7. Bilingual Notary Registry:** Does applicant wish to have name placed on a list of bilingual notaries:   ☐ Yes  ☒ No
If "Yes", list the language(s) in which applicant is fluent: _____

**8. Affirmation and Signature:**

By submitting this filing I hereby affirm that I will support the Constitution of the United States and the Constitution and laws of the state of Iowa, I will faithfully and impartially discharge the duties of notary public according to the best of my ability, and that I have read and understand the requirements of Iowa Code chapter 9B and administrative rules in 721-chapter 43.

Applicant's Signature: [signature]     Date: 1/3/13

Applicants filing by paper may obtain a copy of Iowa Code chapter 9B at the following website:
https://www.legis.iowa.gov/DOCS/ACO/IC/LINC/Chapter.9B.pdf

Deliver completed application to:
SECRETARY OF STATE
Notary Public Division
Lucas Building, 1st Floor
Des Moines, IA 50319

Phone: (515) 281-5204
Fax: (515) 242-5953
Website: sos.iowa.gov

Rev. 1-13

**RECEIVED**
JAN 3 2013
STATE OF IOWA
SECRETARY OF STATE



**STATE OF IOWA**
Secretary of State Office
# 5176

I hereby certify that this is a true and complete document(s) to which the seal is affixed as filed in this office beginning January 24, 2012 to and including the date below.

Dated July 17, 2014

Secretary Of State