# ANNEX 2

Renee L. McCray
c/o 109 Edgewood Street
Baltimore, Maryland 21229
CERTIFIED MAIL #7010 2780 0003 7004 7307

October 6, 2012

SAMUEL I. WHITE, P.C.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

RE: Account #45-027006-12

This letter is lawful notification to SAMUEL I. WHITE, P.C., as the first step of due process of law pursuant to the Bill of Rights and the Federal Constitution, in particular Articles I, IV, V, VII, and IX of the Amendments. Please take Notice that (Renee L. McCray) **CONDITIONALLY ACCEPTS YOUR CLAIM UPON BONA FIDE PROOF (in good faith and without deceit) that your claim is lawful and valid.**

Please take lawful notice that in order to effect this *BONA FIDE PROOF*, SAMUEL I. WHITE, P.C. via a legally authorized representative is lawfully required and hereby demanded to respond point by point in Truth, Fact, and Evidence to each and every item set forth in this correspondence before he or his Authorized Representative can make an offer to settle SAMUEL I. WHITE, P.C.'s alleged claim in this matter.

Please provide the following:

1. A copy of the contract that binds myself, a Natural Person, and SAMUEL I. WHITE, P.C., a creature of the State who is defined as an ARTIFICIAL PERSON.

2. PROOF OF CLAIM via certified, notarized, specific, and relevant documents that SAMUEL I. WHITE, P.C.:

   a. Has any contract or agreement which lawfully compels this Natural Person to accept and/or respond to any communications from SAMUEL I. WHITE, P.C..
   b. Is a lawful and valid party in interest in this matter.
   c. Is not an unrelated third party
   d. Is not an unrelated third party debt collector
   e. Did not purchase this alleged debt for an agreed upon cost from an alleged other COMPANY, CORPORATION, or Party.
   f. Is not acting on its own behalf and/or interests in this instant matter.

Please have your legally authorized representative respond via signed affidavit, under penalty of perjury, and enclose copies of all relevant documents that demonstrate BONA FIDE PROOF OF YOUR CLAIM within 30 days of receipt of this letter, via certified mail.

Your failure to provide a lawfully valid response within 30 days, as stipulated, is SAMUEL I. WHITE, P.C. and their representatives admission to the fact that you have no BONA FIDE PROOF OF CLAIM in this instant matter which is your lawful, legal and binding agreement with and admission to this fact as true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence.

All Rights Reserved,

*[signature]*

Renee L. McCray, Authorized Representative



**UNITED STATES POSTAL SERVICE**

Date: 10/12/2012

RENEE MCCRAY:

The following is in response to your 10/12/2012 request for delivery information on your Certified Mail(TM) item number 7010 2780 0003 7004 7307. The delivery record shows that this item was delivered on 10/11/2012 at 11:32 AM in VIRGINIA BEACH, VA 23462 to J TURNER. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

EXHIBIT "P"
Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| John E. Driscoll, III, et al. } | |
| *Plaintiffs*, } | |
| vs. } | Civil Action No.:  PJM-16-cv-1791 |
| } | |
| Renee L. McCray } | |
| Consumer [*Defendants*] } | |
| } | |
| } | |

## NOTICE TO THE COURT

The Consumer, Renee L. McCray, is filing the attached court records from the Circuit Court for Baltimore City, Case Number: 24-O-13-000528 to be filed into this action.

Respectfully Submitted,

Renee L. McCray
All Rights Reserved without Prejudice
c/o 109 Edgewood Street
Baltimore, MD 21229
(410) 945-2424
rlmccray@yahoo.com

CIRCUIT COURT FOR BALTIMORE CITY
Lavinia Alexander
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3745, TTY for Deaf: (410)-333-4389

06/22/16                           Case Number: 24-O-13-000528 FC OD
                                   Date Filed: 02/12/2013
                                   Status: Open/Active
                                   Judge Assigned: To Be Assigned,
                                   Location :
                                   CTS Start : 02/12/13 Target : 08/11/14
John E Driscoll III Vs Renee L McCray

C A S E   H I S T O R Y

OTHER REFERENCE NUMBERS

| Description | Number |
|---|---|
| Administrative Agency | 13-17010 |
| Case Folder ID | 013000528V04 |

INVOLVED PARTIES

| Type Num Name(Last,First,Mid,Title) | Addr Str/End | Pty. Disp. Addr Update | Entered |
|---|---|---|---|
| PLT  001 Driscoll III, John E | Party ID: 4724714 | | 02/12/13 |
| Attorney: 0818094 Harris, Laura D<br>5040 Corporate Woods Dr<br>Suite 120<br>Virginia Beach, VA  23462<br>(757)490-9284 | | Appear: 02/12/2013 | 02/15/13 |
| DEF  001 McCray, Renee L | Party ID: 4724721 | | 02/12/13 |
| Mail: 109 N Edgewood St<br>Baltimore, MD  21229 | | 02/15/13 | 02/15/13 JH |

```
24-O-13-000528     Date:  06/22/16     Time: 15:11                              Page:      2

Type Num  Name(Last,First,Mid,Title)        Addr Str/End           Pty. Disp.         Entered
                                                                   Addr Update
------------------------------------------------------------------------------------------------
PRP   001 109 N Edgewood St Balto,md 21229($62,068.39)                                 02/12/13
                                            Party ID: 4724723


TRS   001 Driscoll III, John E                                                         02/12/13
                                            Party ID: 4724715

      Attorney: 0819189 Britt, Kimberly Lane    Appear:  08/24/2015                    10/08/15
                Samuel T. White, P.C.
                611 Rockville Pk #100
                Rockville, MD   20852
                (301)804-3400


TRS   002 Frazier, Robert E                                                            02/12/13
                                            Party ID: 4724716

      Attorney: 0819189 Britt, Kimberly Lane    Appear:  08/24/2015                    10/08/15
                Samuel T. White, P.C.
                611 Rockville Pk #100
                Rockville, MD   20852
                (301)804-3400


TRS   003 Gantt, Jana M                                                                02/12/13
                                            Party ID: 4724717

      Attorney: 0819189 Britt, Kimberly Lane    Appear:  08/24/2015                    10/08/15
                Samuel T. White, P.C.
                611 Rockville Pk #100
                Rockville, MD   20852
                (301)804-3400


TRS   004 Harris, Laura D                                                              02/12/13
                                            Party ID: 4724718

      Attorney: 0819189 Britt, Kimberly Lane    Appear:  08/24/2015                    10/08/15
                Samuel T. White, P.C.
                611 Rockville Pk #100
                Rockville, MD   20852
                (301)804-3400


TRS   005 Lane, Kimberly                                                               02/12/13
                                            Party ID: 4724719

      Attorney: 0819189 Britt, Kimberly Lane    Appear:  08/24/2015                    10/08/15
                Samuel T. White, P.C.
                611 Rockville Pk #100
                Rockville, MD   20852
                (301)804-3400


TRS   006 Reynolds, Deena L                                                            02/12/13
                                            Party ID: 4724720
```

```
24-O-13-000528      Date:  06/22/16     Time: 15:11                                    Page:      3
```

Attorney: 0819189 Britt, Kimberly Lane          Appear: 08/24/2015                 10/08/15
         Samuel T. White, P.C.
         611 Rockville Pk #100
         Rockville, MD   20852
         (301)804-3400


## JUDGE HISTORY

```
JUDGE ASSIGNED                  Type Assign Date Removal RSN
------------------------------  ---- ----------- -----------
TBA  To Be Assigned.             J    02/15/13
```

## DOCUMENT TRACKING

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|---|
| 00001000 | Order to Docket Suit with deed of trust and affidavit | 02/12/13 | 02/15/13 | PLT001 | TBA | | | JH |
| 00001001 | Order Finding that Foreclosure Action May Proceed | 03/19/13 | 03/19/13 | 000 | AMH | Approved | 03/19/13 | CD |
| 00001002 | Copies Mailed | 03/19/13 | 03/19/13 | 000 | | TBA | | CD |
| 00002000 | Preliminary Loss Mitigation Analysis | 02/12/13 | 02/15/13 | PLT001 | TBA | Moot | 02/15/13 | JH |
| 00003000 | Statement of Mortgage Debt($62,068.39) | 02/12/13 | 02/15/13 | PLT001 | TBA | | | JH |
| 00004000 | Affidavit - Non-Military | 02/12/13 | 02/15/13 | PLT001 | TBA | | | JH |
| 00005000 | Deed of Appointment of substitute trustee | 02/12/13 | 02/15/13 | PLT001 | TBA | | | JH |
| 00006000 | Affidavit certifying ownership of debt instrument Federal Home Loan Mortgage Corp | 02/12/13 | 02/15/13 | PLT001 | TBA | | | JH |
| 00007000 | Notice of intent to foreclose(Mortgage Loan Default) | 02/12/13 | 02/15/13 | PLT001 | TBA | | | JH  JH |
| 00008000 | Notice of foreclosure action | 02/12/13 | 02/15/13 | PLT001 | TBA | | | JH |
| 00009000 | Affidavit of Good Faith Attempts POSTED 109 N. EDGEWOOD STREET, BALTIMORE MD 21229 TO SERVE RENEE L. MCCRAY, ON FEBRUARY 21, 2013 AT 7:16PM. | 02/28/13 | 03/01/13 | PLT001 | TBA | | | VB |
| 00010000 | Affidavit of Mailing | 02/28/13 | 03/01/13 | PLT001 | TBA | | | VB |

```
24-O-13-000528     Date:   06/22/16     Time:  15:11                                Page:     4

         MAILED PAPERS TO RENEE L. MCCRAY AT 109 N. EDGEWOOD STREET
         BALTIMORE MD 21229, ON FEBRUARY 25, 2013.

Num/Seq  Description                         Filed    Entered  Party  Jdg Ruling        Closed     User ID
-------  ----------------------------------- -------- -------- ------ --- -------------- -------- --------

00011000 Affidavit of Mailing Notice to Occupant 02/28/13 03/01/13 PLT001  TBA                      VB
         by First Class Mail.
         ALL OCCUPANTS 109 N. EDGEWOOD STREET BALTIMORE MD 21229 MAILED
         2/19/2013.

00012000 Notice of Dispute                   03/08/73 03/11/13 DEF001  TBA                         DBJ

00013000 Motion for Enlargement of Time      03/08/13 03/11/13 DEF001  JGE Denied      04/04/13 DBJ SLV
         pull date 3/29/13

00013001 Order of Court                      04/04/13 04/04/13 000     JGE                          SLV
         ORDERED THAT THE MOTION BE, AND THE SAME HEREBY IS, DENIED.  AN
         ORDER TO DOCKET IS NOT A COMPLAINT, AND AN ANSWER IS NOT
         APPROPRIATE.

00013002 Copies Mailed TO ALL INTRESTED PARTIES 04/04/13 04/04/13 000  TBA                          SLV

00014000 Affidavit of Service                03/20/13 03/20/13 000     TBA                          MB

00015000 Motion/Request for Foreclosure Mediation 05/01/13 05/02/13 DEF001 TBA                     DBJ

00016000 Request for Waiver of Foreclosure   05/01/13 05/02/13 DEF001  TBA                         DBJ
         Mediation Costs

00017000 Ordered the request is granted in part 05/06/13 05/07/13 000 TBA                         DBJ DBJ
         and theat the borrower shall pay the
         following portion of the fee. $25.00 with (10) days from the date
         of this Order. (Pierson, J)

00017001 Copies Mailed                       05/06/13 05/07/13 000     TBA                         DBJ

00018000 Motion/Request for Foreclosure Mediation 05/20/13 05/20/13 DEF001 TBA                     DBJ DBJ

00019000 Foreclosure Mediation Concluded     06/26/13 06/26/13 000     TBA Moot         06/26/13 DBJ
         Agreement Not Reached (Failed)

00020000 Foreclosure Mediation Report Received 07/02/13 07/02/13 000   TBA Moot         07/02/13 DBJ

00020001 Order of Court                      07/10/13 07/11/13 000     AMH                          WJ
         Ordered that the secured party may schedule the foreclosure sale,
         subject to the right of the borrower to file a motion pursuant to
         Rule 14-211 to stay the sale and dismiss the action. Handy, J.

00021000 Def's Motion to Stay the Sale and   07/09/13 07/09/13 000     VAB Denied       08/07/13 MFM MB
         Dismiss the Action w/Memorandum in Support

00021001 Substitute Trustees Opposition To   07/19/13 07/22/13 PLT001  TBA                          SLV SLV
         Defendant's Motion to Stay And Request for
```

```
24-O-13-000528    Date:  06/22/16    Time: 15:11                                    Page:    5
```

Bond Pursuant to MD Rule 14-211(c).

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|---|
| 00021002 | Order of Court<br>UPON CONSIDERATION OF DEFENDANT'S MOTION TO STAY THE SALE AND DISMISS THE ACTION, AND THE RESPONSE THERETO ORDERED THAT THE MOTION BE, AND THE SAME HEREBY IS, DENIED. DEFENCANT'S MOTION FAILS TO STATE WHETHER THERE ARE ANY COLLATERAL ACTIONS INVOLVING THE PROPERTY AND FAILS TO STATE A VALID DEFENSE TO THE VALIDITY OF THE LIEN OR THE LIEN INSTRUMENT OR TO THE RIGHT OF THE PLAINTIFF TO FORECLOSE IN THE PENDING ACTION. SEE MARYLAND RULE 14-211(a)(3)(A) (D). JUDGE VIDETTA A BROWN | 08/07/13 | 08/07/13 | 000 | | TBA | | MB |
| 00021003 | Copies Mailed | 08/07/13 | 08/07/13 | 000 | | TBA | | MB |
| 00021004 | Defendant's Response To Substitute Trustees Opposition To Motion To Stay The SALE AND DISMISS AND REQUEST FOR BOND PURSUANT TO MD RULE 14-211(C) | 08/05/13 | 08/07/13 | DEF001 | | TBA | | MB |
| 00022000 | Affidavit of Truth | 07/09/13 | 07/09/13 | DEF001 | | TBA | | MFM |
| 00023000 | Def's First Request for Admissions, Def's First Set of Interrogatories & First Request for Production of Documents w/Exhibits | 07/09/13 | 07/09/13 | 000 | | TBA Moot | 07/09/13 MFM | MB |
| 00023001 | Substitute Trustees Opposition to Defendant's First Request for Production of Documents, Admissions and Interrogatories and Motion for Protective order Striking All Discovery. | 07/19/13 | 07/22/13 | PLT001 | | TBA | | SLV |
| 00023002 | Defendant's Response To Substitute Trustees Opposition To Defendant's First REQUEST FOR PRODUCTION OF DOCUMENTS, ADMISSIONS AND INTERROGATORIES AND MOTION FOR PROTECTIVE ORDER STRIKING ALL DISCOVERY | 08/07/13 | 08/07/13 | 000 | | TBA | | MB |
| 00024000 | Certificate of Service | 07/16/13 | 07/18/13 | DEF001 | | TBA | | MB |
| 00025000 | Motion to Strike Affidavit Of Certifying Ownership Of Debt Instrument Of Debt INTRUMENT AND ACCURACY OF NOTE SUBMITTED HEREWITH | 08/05/13 | 08/07/13 | DEF001 | | TBA | | MB |
| 00026000 | Defendant's Motion for Reconsideration of Order Denying Defendant's Motin To STAY AND DISMISS | 08/16/13 | 08/19/13 | DEF001 | YMB | Denied | 09/11/13 MB | SLV |
| 00026001 | Trustees Response to Defendants Motion For Reconsideration Of Order Denying MD RULE 14-211 STAY | 09/02/13 | 09/05/13 | PLT001 | | TBA | | MB |

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|---|
| 00026002 | ORDER DENYING DEFENDANTS MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS MOTION TO STAY AND DISMISS | 09/11/13 | 09/11/13 | 000 | YMB | | | SLV |
| 00026003 | Copies Mailed TO ALL INTRESTED PARTIES | 09/11/13 | 09/11/13 | 000 | | TBA | | SLV |
| 00026004 | Defendant's Reply to Substitute Trustees Response to Motion for Reconsideration of Order Denying Defendant's Motion to Stay | 09/12/13 | 09/13/13 | DEF001 | | TBA | | DBJ DBJ |
| 00027000 | Affidavit of Notice Under Real Property Article 7-105.2(b) and (c) and 7-105.3 (b) and (d) and 7-105.9(b) and (c) and Under Maryland Rule 14-209 and 14-210 | 09/16/13 | 09/18/13 | 000 | | TBA | | RM |
| 00028000 | Affidavit of Truth | 09/25/13 | 09/26/13 | 000 | | TBA | | RM |
| 00029000 | Notice of Bankruptcy Stay | 10/01/13 | 10/01/13 | DEF001 | | TBA | | WJ WJ |
| 00029001 | Order of Court Ordered that the above captioned action is hereby Stayed as to Renee McCray, and the proceedings deferred to the Bankruptcy Court in Accordance with Section 362 of Title 11 of the United States Code, and it is further Ordered tha the stay herein is subject to Md. Rule 2-507. | 10/07/13 | 10/07/13 | 000 | LKS | | | SLV |
| 00029002 | Copies Mailed to All Intrested parties | 10/07/13 | 10/07/13 | 000 | | TBA | | SLV |
| 00030000 | Final Loss Mitigation Analysis | 08/08/14 | 08/11/14 | PLT001 | | TBA Moot | 08/11/14 | LGC |
| 00031000 | Motion/Request for Foreclosure Mediation | 08/27/14 | 08/27/14 | DEF001 | | TBA | | DBJ |
| 00032000 | Motion to Strike Defendant's Second Mediation Request | 09/08/14 | 09/09/14 | TRS003 | KYA | Denied | 02/19/15 | DBJ MB |
| 00032001 | Order of Court ORDERED THAT PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SECOND MEDIATION REQUEST IS DENIED. JUDGE KENDRA YOUNG AUSBY | 02/19/15 | 02/26/15 | 000 | | TBA | | MB |
| 00032002 | Copies Mailed | 02/26/15 | 02/26/15 | 000 | | TBA | | MB |
| 00033000 | Notice Of Termination/Relief of/From Automatic Stay | 09/08/14 | 09/09/14 | 000 | PJW | Withdrawn | 09/16/14 | MB DBJ |
| 00033001 | Ordered that the stay is lifted. (White, J) | 09/16/14 | 09/16/14 | 000 | | TBA | | DBJ |
| 00033002 | Copies Mailed | 09/16/14 | 09/16/14 | 000 | | TBA | | DBJ |
| 00034000 | Correspondence | 09/17/14 | 09/19/14 | DEF001 | | TBA | | MB |

```
24-O-13-000528      Date:   06/22/16      Time:  15:11                                    Page:      7
```

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|---|
| 00035000 | Motion to Set Aside or Amend Order pull 10/10/14 | 09/19/14 | 09/22/14 | DEF001 | LFH | Denied | 12/16/14 | MFM DBJ |
| 00035001 | Ordered that the motion be, and the same hereby is DENIED. (Fletcher-Hill, J) | 12/16/14 | 12/16/14 | 000 | | TBA | | DBJ |
| 00035002 | Copies Mailed | 12/16/14 | 12/16/14 | 000 | | TBA | | DBJ |
| 00035003 | Acceptance of Court Order of December 16,2014 | 12/23/14 | 12/29/14 | DEF001 | | TBA | | SLV |
| 00036000 | Motion for Reconsideration of Court Order Denying Ratification | 03/09/15 | 03/10/15 | PLT001 | JAH | Granted | 03/26/15 | WJ DBJ |
| 00036001 | Ordered that this Court's Order of February 26, 2015 is hereby VACATED and the Request for Foreclosure Mediation docketed on August 27, 2014 is hereby STRICKEN and the Office of Administrative Hearings is Ordered to cancel any Mediation Hearing that has been scheduled as a result. (Howard, J) | 03/26/15 | 03/26/15 | 000 | | TBA | | DBJ |
| 00036002 | Copies Mailed | 03/26/15 | 03/26/15 | 000 | | TBA | | DBJ |
| 00037000 | Notice of Bankruptcy Stay And Resuming Foreclosure Case No.13-26131-NVA | 03/09/15 | 03/10/15 | 000 | | TBA | | MB MB |
| 00038000 | Motion for Summary Judgment pull date 4/6/15 | 03/16/15 | 03/17/15 | DEF001 | CLP | Denied | 07/08/15 | DBJ DBJ |
| 00039000 | Motion for Summary Judgment (doc 38) | 06/23/15 | 06/24/15 | DEF001 | | TBA Moot | 06/24/15 | DBJ |
| 00039001 | Copies Mailed | 07/08/15 | 07/08/15 | 000 | | TBA | | DBJ |
| 00039002 | Order of Court The Motion is DENIED. (Panos, J) | 07/08/15 | 07/08/15 | 000 | | TBA | | DBJ |
| 00040000 | Motion to Dismiss | 07/14/15 | 07/15/15 | DEF001 | EB | Denied | 08/06/15 | MFM MFM |
| 00040001 | Substitute Trustees Opposition to Motion to Dismiss | 07/29/15 | 07/30/15 | TRS005 | | TBA | | DBJ DBJ |
| 00040002 | Order of Court that the motion is hereby DENIED. (Brown, J) | 08/06/15 | 08/06/15 | 000 | | EB | | MFM |
| 00040003 | Copies Mailed | 08/06/15 | 08/06/15 | 000 | | TBA | | MFM |
| 00040004 | Defendant's Reply to Substitute Trustees Opposition to Motion to Dismiss | 08/04/15 | 08/07/15 | DEF001 | | TBA | | DBJ |
| 00040005 | Notice of Objection to Court Order DAted August 6, 2015 Notice of Objection | 08/10/15 | 08/11/15 | DEF001 | | TBA | | DBJ |

```
Num/Seq Description                              Filed    Entered  Party  Jdg  Ruling           Closed    User ID
-------- ---------------------------------------- -------- -------- ------ ---  ---------------- --------  -------
00040006 Order                                    10/09/15 10/09/15 000    CJP                             DK
         DENIED

00040007 Copies Mailed                            10/09/15 10/09/15 000         TBA                        DK

00041000 Defendants Motion for Reconsideration of 08/10/15 08/11/15 DEF001 BGW  Denied           09/09/15  DBJ MFM
         Order  Denying Defendants Motion
         to Dismiss and Request for Show Cause Hearing (pull date 8/31/15)

00041001 Substitute Trustees Opposition to        08/24/15 08/25/15 TRS005      TBA                        DBJ
         Defendants Motion for Reconsideration of
         Order Denying Defendant's Motion to Dismiss and Request for
         ShowCause Hearing

00041002 Defendant's Reply to Substitute Trustees 08/26/15 08/27/15 DEF001      TBA                        DBJ
         Oppositio to Motion for Reconsideration
         of Order Denying Defendants Motion to Dismiss and Request for
         Show Cause Hearing

00041003 Order of Court that the motion is hereby 09/09/15 09/09/15 000    BGW                             MFM
         DENIED. (Williams, J)

00041004 Copies Mailed                            09/09/15 09/09/15 000         TBA                        MFM

00041005 Notice of Objection to Court Order Dated 09/14/15 09/17/15 DEF001      TBA                        MFM
         September 9, 2015

00041006 Order                                    10/08/15 10/08/15 000    CJP                             DK
         ORDERED that the motion be and the same hereby is DENIED

00041007 Copies Mailed                            10/08/15 10/08/15 000         TBA                        DK

00042000 Appeal Order to COSA                     09/04/15 09/04/15 DEF001      TBA                        RM

00043000 Order of COSA to Proceed                 09/23/15 09/23/15 000         TBA                        FTT WZ
         No. 01438, September Term, 2015
         Due date: 11/17/15
         Assigned to F. Thomas for preparation of record

00044000 Motion to Hold Case in Abeyance          09/22/15 09/23/15 DEF001      TBA                        WJ

00045000 Record on Appeal Forwarded to COSA       11/10/15 11/10/15 000         TBA                        FTT
         11/10/15 2 brick binders sent to Court of Special Appeals via
         FedEx #8085 0963 8931

00045001 Copies Mailed                            11/10/15 11/10/15 000         TBA                        FTT

00046000 Receipt of Record in COSA                11/23/15 11/23/15 000         TBA                        FTT

00047000 Notice of Termination of Automatic Stay  01/13/16 01/14/16 000         TBA  Moot        01/13/16  CD  JH
```

24-O-13-000528     Date:   06/22/16     Time:  15:11                               Page:      9

of 11 U.S.C Section 362

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|---|
| 00048000 | Order Lifting Bankruptcy Stay | 01/21/16 | 01/21/16 | 000 | JGE | Stayed | 01/21/16 | JH |
| 00048001 | Copies Mailed | 01/21/16 | 01/21/16 | 000 | | TBA | | JH |
| 00049000 | Affidavit of notice under real property article 7-105.2(b) and (c) 7-105.3(b) and (d) and 7-105.9(b) and (c) of the real property article of the MD Code and Under Md Rule 14-209 and 14-210 | 03/11/16 | 03/15/16 | 000 | | TBA | | JH |
| 00050000 | Notice of Bankruptcy Stay | 03/18/16 | 03/21/16 | 000 | | TBA | | CD CD |
| 00050001 | Order to Stay Proceedings as to Renee L. Mccray | 04/08/16 | 04/08/16 | 000 | PJW | Stayed | 04/08/16 | CD |
| 00050002 | Copies Mailed | 04/08/16 | 04/08/16 | 000 | | TBA | | CD |
| 00051000 | Mandate Received from Court of Special Appeals JUDGMENT: November 30, 2015: Appellant's Motion to Hold Appeal in Abeyanc filed by appellant. December 11, 2015: Appees' Opposition to Appellant's Motion to Dismiss the Appeal as Moot filed by counsel. | 03/28/16 | 03/28/16 | 000 | | TBA | | WZ |
| 00052000 | 2 volumes received from COSA and given to Ms. Wilhelm for review | 03/28/16 | 03/28/16 | 000 | | TBA | | WZ |
| 00053000 | Sugguestion in Bankruptcy | 03/25/16 | 03/28/16 | 000 | | TBA | | CD CD |
| 00054000 | Order Dismissing Case on Request of Debtor(S) And Notice That Automatic Stay is Terminated | 04/21/16 | 04/22/16 | 000 | | TBA | | CD |
| 00055000 | Defendant's Amended Rule 14-211 Motion to Stay Foreclosure Pending Resolution of Legel Claim & Request for Hearing | 04/26/16 | 04/26/16 | DEF001 | YMB | Denied | 05/13/16 | LGC CD |
| 00055001 | Order Denying Defendant's Motion to Stay And Dismiss | 05/16/16 | 05/16/16 | 000 | YMB | Denied | 05/13/16 | CD |
| 00055002 | Copies Mailed | 05/16/16 | 05/16/16 | 000 | | TBA | | CD |
| 00055003 | Substitute Trustees Opposition to Defendant's Third Motion to Stay or Dismiss Foreclosure Filed by Attorney: Laura D Harris Esq | 05/18/16 | 05/19/16 | PLT001 | | TBA | | DBJ |
| 00056000 | Order Lifting Bankruptcy Stay | 05/16/16 | 05/16/16 | 000 | YMB | Moot | 05/16/16 | CD |
| 00057000 | Def's 2nd Amended Rule 14-211 Motion to | 05/26/16 | 05/27/16 | DEF001 | | TBA | | MFM |

```
24-O-13-000528      Date:   06/22/16     Time:  15:11                                      Page:    10
```

Stay Foreclosure, Dismissal of Action &
Request for Hearing

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|---|
| 00058000 | Notice of Objection to Court Order Dated 05/13/16 - Notice of Objection | 05/26/16 | 05/27/16 | DEF001 | | TBA | | MFM |
| 00059000 | Notice of Filing Notice of Removal | 06/02/16 | 06/03/16 | DEF001 | | TBA | | DBJ |
| 00060000 | Notice of Removal to the United States District Court | 06/06/16 | 06/07/16 | DEF001 | | TBA | | MFM |

### TICKLE

| Code | Tickle Name | Status | Expires | #Days | AutoExpire | GoAhead | From | Type | Num | Seq |
|---|---|---|---|---|---|---|---|---|---|---|
| COSA | Preparation Of Recor | CANCEL | 11/08/15 | 46 | yes | no | DRAS | D | 43 | 000 |
| DCML | DCM Information List | OPEN | 01/13/16 | 0 | no | no | DOLB | D | 47 | 000 |
| SLMR | Set List For Motions | OPEN | 03/30/15 | 21 | yes | no | MFRC | D | 36 | 000 |
| SLMR | Set List For Motions | OPEN | 08/04/15 | 21 | yes | no | MDIS | D | 40 | 000 |
| SLMR | Set List For Motions | DELAYE | 10/13/15 | 400 | yes | no | MMOT | D | 32 | 000 |
| TIME | Motion To Extend/Sho | OPEN | 10/02/13 | 1 | yes | no | DNBS | D | 29 | 000 |
| TIME | Motion To Extend/Sho | OPEN | 03/10/15 | 1 | yes | no | DNBS | D | 37 | 000 |
| TIME | Motion To Extend/Sho | OPEN | 03/19/16 | 1 | yes | no | DNBS | D | 50 | 000 |
| TIME | Motion To Extend/Sho | OPEN | 03/26/16 | 1 | yes | no | DNBS | D | 53 | 000 |

### PUBLIC NOTE TITLES

1) 5/3/13 pleading #16 frwd to judge pierson
2) 6/26/13 pleading #19 frwd to mst marzetta
3) CLERK'S NOTES
4) 9.9.13 yellow card checked out to rm 460
5) document tracking        inre#26/1           09/10/13
6) clerk's note             inre#26             09/18/13
7) 9/10 yellow card checked into rm 232 pl # 33
8) 9/11 yellow card returned to rm 460 for processing
9) document tracking        inre#35             10/14/14
10) 10/15 blue card checked into rm 232... pl 35
11) 10.30.14 blue card to rm 430 Judge for review
12) 8/11/15 pleading # 40/5 frwd to mst marzetta

```
13) 8/12 blue card checked into rm 232
14) 8/27/15 pleading # 41/2  & 41 to mst marzetta
15) 8/28 blue card checked into rm 232
16) 9.2.15 blue card to rm 460
17) document tracking        inre#40/5           09/03/15
18) 9/11/15
19) Pleading #47
20) 1/15 red card checked into rm 232
21) 1/19 red card returned to rm 460
22) pleading 47 and 48
23) 3/31/16
24) clerks note    inre:Status of Case
25) clerk's notes
26) document tracking     inre#57 & 58
27) 5/27 blue card checked into rm 232. pl 57 & 58
28) document tracking        inre#60
29) 6/8 red card checked into rm 232. pl 60
```

### CASE FOLDER HISTORY

| Date | Time | Type | User | Location | Clerk | Reason |
|---|---|---|---|---|---|---|
| 06/08/16 | 9:37 AM | Transfer | CID | Room 462 Courthouse East | CS | file returned to rm 462 for processing |
| 05/19/16 | 2:59 PM | Transfer | SMM | Room 232 Courthouse East | CS | files checked into rm 232 |
| 05/19/16 | 2:59 PM | Transfer | SMM | Room 232 Courthouse East | CS | files checked into rm 232 |
| 05/19/16 | 9:07 AM | Transfer | LJE | Room 232 Courthouse East | DBJ | pleading # 55/3 |
| 05/18/16 | 10:46 AM | Transfer | FR6 | Room 460 Courthouse East | CD | On Foreclosure Files Shelf |