IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RENEE MCCRAY,** | * | |
| | * | |
| Plaintiff, *pro se* | * | |
| | * | |
| v. | * | Civil No. PJM 16-934 |
| | * | |
| **JOHN E. DRISCOLL, III** | * | |
| **ROBERT E. FRAZIER,** | * | |
| **JANA M. GANTT, LAURA D. HARRIS,** | * | |
| **KIMBERLY LANE, DEENA REYNOLDS,** | * | |
| **AND SAMUEL I. WHITE, P.C.,** | * | |
| | * | |
| Defendants/Substitute Trustees | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| **JOHN E. DRISCOLL, III** | * | |
| **ROBERT E. FRAZIER,** | * | |
| **JANA M. GANTT, LAURA D. HARRIS,** | * | |
| **KIMBERLY LANE AND** | * | |
| **DEENA REYNOLDS** | * | |
| | * | |
| | * | |
| Plaintiffs/Substitute Trustees | * | |
| | * | |
| v. | * | Civil No. PJM 16-1791 |
| | * | |
| **RENEE MCCRAY,** | * | |
| | * | |
| Defendant, *pro se* | * | |
| | * | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is, this 20th day of October 2016

**ORDERED**

1. Substitute Trustees' Motion to Dismiss, or, in the Alternative for Summary Judgment in Civil No. PJM 16-934 ECF No. 7 and the entire case is to be **TRANSFERRED** to Judge George Russell of this Court.

2. Substitute Trustees' Motion to Remand in Civil No. PJM 16-1791 ECF No. 11, and the entire case is **TRANSFERRED** to Judge George Russell of this Court**.**

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**