

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Reply to Northern Division Address    Elizabeth B. Snowden, Chief Deputy

March 20, 2017

**Circuit Court for Baltimore City**
**111 N Calvert Street**
**Suite 200**
**Baltimore, MD 21202**

      RE:    Driscoll et al v. McCray
                Civil Action No. Glr 16-cv-1791
                24-O-13000-528

Dear Clerk:

    On March 20, 2017, the Honorable George L. Russell III signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

                                        Sincerely,

                                        Felicia C. Cannon, Clerk

                        By:          /s/
                                  B. Ames, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 2017.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**